No. 68420.—J. W. Robinson Co. et al. *v.* United States, protests 63/1106, etc. (Los Angeles).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68421.—Allard Novelty Company et al. *v.* United States, protests 63/10810, etc. (Los Angeles).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68422.—National Silver Company *v.* United States, protest 63/6735 (Los Angeles).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of glass spice bottles similar in all material respects to those the subject of Abstract 68042, the claim of the plaintiff was sustained.